IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TAHQUAN NIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09CV418 |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On review of the file, **IT IS ORDERED** that Plaintiff's First Amended Complaint replaces, by operation of law under Fed. R. Civ. P. 15(a), the original complaint in this action. The First Amended Complaint shall be deemed filed this date, October 16, 2009, and Defendant Wells Fargo Bank, N.A. shall have until October 29, 2009, to respond to the Complaint. Plaintiff must serve the First Amended Complaint on the newly-added Defendants. The motion to dismiss filed by Wells Fargo (Docket No. 8) is moot as a result of the amended complaint.

Further, **IT IS RECOMMENDED** that Plaintiff's Amended Motion to Enjoin State Court Action (Docket No. 20) be denied. For reasons accurately described in Defendant's brief in opposition to Plaintiff's motion, Plaintiff's motion is futile and the relief Plaintiff requests would be violative of the Anti-Injunction Act. 28 U.S.C. § 2283. *See Phillips v.*

*Charles Schreiner Bank*, 894 F.2d 127 (5th Cir. 1990). Further, Plaintiff has not met the high showing necessary to obtain a preliminary injunction. *See generally In re Microsoft Corp. Antitrust Litig.*, 333 F.3d 517, 524-26 (4th Cir. 2003).

                                              /s/ P. Trevor Sharp
                                      United States Magistrate Judge

Date: October 16, 2009

-2-

Case 1:09-cv-00418-TDS-PTS   Document 25   Filed 10/16/09   Page 2 of 2