IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
TAHQUAN NIPPER,                  )
                                 )
              Plaintiff,         )
                                 )
     v.                          )         1:09CV418
                                 )
WELLS FARGO BANK, N.A.,          )
                                 )
              Defendant.         )
```

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 16, 2009, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Motion to Enjoin State Court Action (Doc. 20) be denied.

/s/ Thomas D. Schroeder
United States District Judge

December 11, 2009